New York Terrace Estates, Inc., and Others, Appellants, v. Richmond Development Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Armand Castellano, Appellant, Impleaded with Others.— Judgment of conviction of the County Court of Queens county reversed upon the law and a new trial ordered, upon the sole ground that the evidence is insufficient to determine whether appellant was convicted in the Federal courts of a crime which, if committed in this State, would be either a felony or a misdemeanor. (*People ex rel. Atkins* v. *Jennings*, 248 N. Y. 46; *People* v. *Knox*, 223 App. Div. 123.) We have examined the record and find no error as to the facts. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

The People of the State of New York, Respondent, v. William Clark, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. It was for the jury to say, in the circumstances, whether the defendant's confession was freely and voluntarily made. The appellant is in error in the claim that independent evidence, apart from his confession, was necessary to connect him with the crime. The corroboration which the law requires is not of the confession but of the fact that the crime charged has been committed. A confession is only insufficient to warrant conviction when there is lacking the " additional proof that the crime charged has been committed." (Code Crim. Proc. § 395; *People* v. *DiGregario*, 205 App. Div. 629, 632; *People* v. *Roach*, 215 N. Y. 592, 600.) Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

The People of the State of New York, Respondent, v. William F. Ferris & Co., Inc., and William F. Ferris, Individually, Appellants, and Daniel Runkle & Company, Inc., and Others, Defendants. (Appeal No. 1.) — Order granting motion for injunction *pendente lite* against appellants affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

The People of the State of New York, Respondent, v. William F. Ferris & Co., Inc., and Others, Defendants, and Jacob L. Mellon & Co., Inc., and Jacob L. Mellon, Individually, Appellants. (Appeal No. 2.) — Order granting motion for injunction *pendente lite* against appellants affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

The People of the State of New York, Respondent, v. Bennie Legeri, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. We disapprove of the questions asked by the district attorney and concerning which appellant complains, but in our opinion defendant's guilt was established beyond a reasonable doubt and the judgment is, therefore, affirmed under section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.